FAJARDO SUGAR COMPANY, RECURRENTE, v. EL REGISTRADOR DE HUMACAO, RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Humacao denegando la anotación de un contrato de refacción agrícola.

No. 333.—Resuelto en noviembre 27, 1917.

REFACCIÓN AGRÍCOLA—INSCRIPCIÓN PREVIA DE LA FINCA—PRESENTACIÓN DEL TÍTULO DE ADQUISICIÓN.—Para la anotación en el registro de un contrato de refacción agrícola, en el que el cultivador de cañas o "colono" a que se refiere la sección 14 de la Ley de 10 de marzo de 1910, declara ser dueño de la finca objeto del contrato, no es necesario que el documento revele que la finca no está previamente inscrita o que, en su defecto, el título de adquisición sea presentado.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Luis Muñoz Morales.*

El registrador recurrido, Sr. Francisco G. Descartes, compareció por escrito en nombre propio.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Trátase de un contrato de refacción agrícola presentado para su anotación en el registro, en el que el cultivador de las cañas o "colono," declara ser el dueño de la finca objeto del contrato. Parece que este caso cae de lleno dentro de las disposiciones de la sección 14 de la Ley de 10 de marzo de 1910, que reza como sigue:

"A las anotaciones y notas marginales en el registro de contratos agrícolas serán aplicables los preceptos de la Ley Hipotecaria, en cuanto no se opongan a los de la presente; pero en ningún caso se exigirá, para las anotaciones la previa inscripción de la finca en el registro de la propiedad."

El registrador sostiene que el documento debe revelar

que la finca objeto del contrato no estaba previamente inscrita, o en su defecto que el título de adquisición debía ser presentado. La razón natural apoya la doctrina mantenida por el registrador, pero creemos que el presente es un caso en que es de perfecta aplicación aquella máxima *ita lex scripta est.* La legislatura, según lo dejamos indicado en el caso de la *Porto Rican Leaf Tobacco Company* v. *El Registrador,* 24 D. P. R. 891, 894, favorece esta clase de contrato, y aun cuando esta política mantenida por la legislatura pueda acarrear algunos inconvenientes, no nos resta a nosotros ni al registrador otra cosa que seguir estrictamente la ley.

La nota del registrador debe ser revocada y la anotación hecha de conformidad.

> *Revocada la nota recurrida y ordenada la anotación solicitada.*

Jueces concurrentes: Sres. Asociados del Toro y Hutchison.

Los Jueces Sres. Presidente Hernández y Asociado Aldrey no intervinieron.